UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAENG SEE,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:21-cv-00391-ADA-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 24, 26, 28) |

Plaintiff Paeng See seeks judicial review of a final decision of the Commissioner of Social Security denying her applications for disability insurance benefits under Title II of the Social Security Act and supplemental security income under Title XVI of the Social Security Act.

On February 24, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's appeal from the administrative decision of the Commissioner of Social Security be denied and the Clerk of this Court be directed to enter judgment in favor of defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and against plaintiff Paeng See. (Doc. No. 28.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at p. 11.) Following an extension of time, plaintiff filed objections on April 10, 2022. (Doc. No. 31.) The Commissioner did not respond to the objections, and the time in which to do so has passed. Fed. R. Civ. P. 72; L.R. 304.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c), this Court has conducted a *de novo* review of the case, including plaintiff's objections. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis. Plaintiff does not object to the Magistrate Judge's finding that plaintiff knowingly and intelligently waived her right to counsel at the administrative hearing level. Rather, plaintiff objects to the Magistrate Judge's determination that plaintiff was not prejudiced by her lack of representation at the hearing with respect to her colostomy and colostomy maintenance. (*See* Doc. No. 31.) Specifically, plaintiff challenges the Magistrate Judge's finding that the record was not inadequate or ambiguous regarding plaintiff's colostomy and colostomy maintenance and the administrative law judge's duty to develop the record was not triggered. (*Id.* at p. 5.)

An administrative law judge ("ALJ") has a duty to develop the record for represented and unrepresented claimants, with the duty being "heightened where the claimant may be mentally ill and thus unable to protect her own interests." *Tonapetyan v. Halter*, 242 F.3d 1144, 1150 (9th Cir. 2001). "An ALJ's duty to develop the record further is triggered only when there is ambiguous evidence or when the record is inadequate to allow for proper evaluation of the evidence." *Mayes v. Massanari*, 276 F.3d 453, 459-60 (9th Cir. 2001). The Magistrate Judge's determination that the evidence was not ambiguous or the record inadequate and, thus, the ALJ's duty to further develop the record regarding plaintiff's colostomy and colostomy maintenance was not triggered is supported by the record and proper analysis. As the Magistrate Judge indicated, the ALJ asked plaintiff about her colostomy and colostomy maintenance at the hearing. (AR 48-49, 59-60.) The ALJ also received evidence from plaintiff's niece regarding the colostomy and colostomy maintenance. (AR 53-54.) The ALJ also included the amount of time spent changing the colostomy bag in a hypothetical to the vocational expert. (AR 60.) Further, the ALJ considered treatment records regarding plaintiff's colostomy and colostomy management. (AR 28-29, 364, 410, 956.)

Accordingly,

1. The findings and recommendations issued on February 24, 2023 (Doc. No. 28) are

1         adopted in full;

2     2.     Plaintiff's appeal from the administrative decision of the Commissioner of Social

3         Security is denied; and

4     3.     The Clerk of this Court is directed to enter judgment in favor of defendant Kilolo

5         Kijakazi, Acting Commissioner of Social Security, and against plaintiff Paeng See.

IT IS SO ORDERED.

Dated:   August 29, 2023

UNITED STATES DISTRICT JUDGE

3